1  ANDRE' RENE' PATTERSON  In Pro Per   FILED

2  1419 Striped Bass St. # F        09 DEC -1 PM 2: 51

3  SAN FRANCISCO, CALIFORNIA 94130     E-filing

4

5

6            IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                          CW

9

10  ANDRE' RENE' PATTERSON,   CV 09 NO.   5651

11            Plaintiff,          VIOLATION OF THE
                                  14TH AMENDENT.
12
                                  VIOLATION OF
13  VS.                           SECTION 42
                                  U.S.C. , 1983
14

15  ESMERALDA  MICHEL,

16            Defendant.
         et, al.
17

18  A BRIEF DESCRIPTION OF THE CASE.

19  1. THE PLAINTIFF IS AN AFRICAN-AMERICAN, AND

20     ESMERALDA MICHEL IS A LATINO FEMALE AND

21     SHE PRACTICE'S RACIAL DISCRIMINATION

22     AGAINST AFRICAN-AMERICAN'S. ON JUNE 9,

23     2009 ESMERALDA MICHEL TOLD AN AFRICAN-

24     AMERICAN FEMALE THAT SHE COULD NOT GET

25     ANY FOOD FROM THE U.S.D.A. FOOD PANTRY BE-

1  CAUSE SHE FORGOT HER PANTRY CARD. ON THE
2  SAME DAY ESMERALDA MICHEL LET TWO ILLEGAL
3  LATINO'S GET THEIR U.S.D.A. FOOD SUBSIDY
4  WITHOUT SHOWING ANY PANTRY CARD. ON AUGUST
5  25, 2009 ESMERALDA MICHEL ASKED AN AFRICAN-
6  AMERICAN CLIENT FOR HER PANTRY CARD. BECAUSE
7  SHE DID NOT HAVE HER PANTRY CARD SHE WAS
8  REFUSED HER SUBSIDY OF FOOD, ON THE SAME
9  DAY SHE ALLOWED A ILLEGAL LATINO TO GET
10 HER PANTRY FOOD WITHOUT SHOWING A PANTRY
11 CARD.

12

13 ON NOVEMBER 24, 2009 JANICE BORDEAUX LET
14 TWO ILLEGAL LATINO WOMEN SIGN THE PANTRY
15 ROSTER WITHOUT SHOWING A PANTRY CARD. THE
16 TWO LATINO WOMEN CUT IN FRONT OF THE
17 PLAINTIFF, AND FELITA SAMPLE. AT THE ENTRANCE
18 OF THE FOOD PANTRY DEFENDANT ESMERALDA
19 MICHEL ASKED THE PLAINTIFF AND FELITA FOR
20 OUR TICKET'S. SHE DID NOT ASK THE LATINO'S FOR
21 THEIR TICKET'S. SHE LET THE TWO LATINO'S GO
22 IN THE PANTRY IN FRONT OF THE PLAINTIFF, AND FELITA
23 SAMPLE. THIS SORT OF ACTION AND BEHAVIOUR IS
24 NOT ACCEPTABLE IN AMERICA.

25

1  UNDER 42 U.S.C., 1983 BASED ON RACE OR OTHER

2  SUSPECT CLASSIFICATION MUST PLEAD INTENTIONAL

3  UNLAWFUL DISCRIMINATION OR ALLEGE FACTS THAT

4  ARE LEAST SUSCEPTIBLE OF AN INFERENCE OF

5  DISCRIMINATORY INTENT. MONTEIRO V. TEMPE UNION

6  HIGH SCHOOL DISTRICT, 158 F. 3d 1022, 1026 (9TH

7  CIRCUIT 2003). TO STATE A CLAIM FOR RELIEF,

8  THE PLAINTIFF MUST ALLEGE THAT THE DEFENDANT

9  STATE ACTOR ACTED AT LEAST IN PART BECAUSE

10 OF THE PLAINTIFF'S MEMBERSHIP IN A PROTECTED

11 CLASS. SERRANO V. FRANCIS, 345 F. 3d 1071, 1081-

12 82 (9TH CIRCUIT 2003.

13

14 THE DUE PROCESS CLAUSE OF THE FOURTEENTH

15 AMENDMENT PROTECTS INDIVIDUAL AGAINST

16 GOVERNMENTAL DEPRIVATIONS OF " LIFE, LIBERTY

17 OR PROPERTY" WITHOUT DUE PROCESS OF LAW. BOARD

18 OF REGENTS V. ROTH, 408 U.S. 564, 570-71 (1972);

19 MULLINS V. OREGON, 57 F.3d 789, 795 (9TH CIRCUIT

20 1995). PROCEDURAL DUE PROCESS ANALYSIS INVOLVES

21 TWO STEPS. FIRST, A PLAINTIFF MUST SHOW THAT

22 THE GOVERNMENT HAS DEPRIVED HIM OR HER OF

23 LIFE, LIBERTY OR PROPERTY. Mathews V. ELDRIDGE,

24 424 U.S. 319, 332-33 (1976). SECOND, THE PLAINTIFF

25 MUST SHOW THAT THE GOVERNMENT DEPRIVED HIM

1  OR HER OF THESE CONSTITUTIONALLY - PROTECTED
2  INTERESTS WITHOUT DUE PROCESS OF LAW. Id.
3  PLAINTIFF DEMANDS A JURY TRIAL. PLAINTIFF IS
4  ASKING FOR $200,000 IN COMPENSENTORY DAMAGES.
5  PLAINTIFF IS ASKING FOR $1,000,000 FOR PUNITIVE
6  DAMAGES.

19  DATED: December 1, 2009

ANDRE' RENE' PATTERSON