IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE RENE PATTERSON,

    Plaintiff,

  v.

ESMERALDA MICHEL,

    Defendant.
                                  /

No. C 09-5651 CW

ORDER REGARDING DEFENDANT'S ADDRESS

    On February 9, 2010, the Court issued an Order Granting Plaintiff's motion to proceed in forma pauperis and dismissed the complaint with leave to amend. In that order, the Court indicated that, if Plaintiff chose to file an amended complaint, he must include Defendant's address so that she may be served. However, the docket indicates that Defendant is represented by counsel and has filed an answer to the complaint. Therefore, if Plaintiff files an amended complaint, he need not include Defendant's address.

    IT IS SO ORDERED.

Dated: February 11, 2010

                                              CLAUDIA WILKEN
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANDRE RENE PATTERSON,

    Plaintiff,

v.

ESMERALDA MICHEL et al,

    Defendant.

Case Number: CV09-05651 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre Rene Patterson
1419 Striped Bass St., #F
San Francisco, CA 94130

Dated: February 11, 2010

    Richard W. Wieking, Clerk
    By: Ronnie Hersler, Administrative Law Clerk