IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE RENE PATTERSON,  No. 09-05651 CW

    Plaintiff,  ORDER DISMISSING COMPLAINT

  v.

ESMERALDA MICHEL,

    Defendant.
_____/

On February 9, 2010, the Court issued an Order Granting Plaintiff's Motion to Proceed In Forma Pauperis and Dismissing the Complaint with Leave to Amend. In the Order, the Court indicated that, if Plaintiff chose to file an amended complaint, he must do so within twenty-one days from the date of the Order. More than twenty-one days have passed and Plaintiff has not filed an amended complaint. Therefore, this case is dismissed without prejudice. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 3/18/2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANDRE RENE PATTERSON,

        Plaintiff,

v.

ESMERALDA MICHEL et al,

        Defendant.

Case Number: CV09-05651 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre Rene Patterson
1419 Striped Bass St., #F
San Francisco, CA 94130

Dated: March 18, 2010

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2